

# IN THE
# TENTH COURT OF APPEALS

## No. 10-22-00157-CV

## IN THE MATTER OF THE MARRIAGE OF DOUGLAS CAPENER AND KRISTEN YARBROUGH AKA KRISTEN CAPENER AND IN THE INTEREST OF B.C. AND K.C., CHILDREN

**From the 361st District Court
Brazos County, Texas
Trial Court No. 16-001458-CVD-361**

## MEMORANDUM OPINION

Douglas Capener appealed the trial court's Order on Petitioner's Request for De Novo Relief. Capener now moves to dismiss his appeal because the trial court has signed an Agreed Order Granting Motion for New Trial vacating the Order on Petitioner's Request for De Novo Relief.

No party will be prevented from seeking relief to which they are entitled if the motion is granted. Accordingly, Capener's motion to dismiss is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

There being no agreement otherwise, costs are taxed against Capener. *See id*. (d).

Capener's filing fee has not been paid.  Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing.  TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007).  *See also* TEX. R. APP. P. 5; TEX. GOV'T CODE §§ 51.207(b); 51.208; § 51.941(a).  Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case.  TEX. R. APP. P. 2.  The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed by Capener.



TOM GRAY
Chief Justice

Before Chief Justice Gray,
 Justice Johnson, and
 Justice Davis[1]
Appeal dismissed
Opinion delivered and filed June 8, 2022
[CV06]



---

[1] The Honorable Rex Davis, Senior Justice (Retired) of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court.  *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.